UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIBULLAH AHMADZAI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No.  2:25-cv-02625-DC-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 7, 10, 11) |

On May 5, 2026, the magistrate judge filed findings and recommendations (ECF No. 10), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 10). Plaintiff included objections in his filing titled "Revised Ex Parte Motion for Temporary Restraining Order," on May 6, 2026. (ECF No. 11.) The court has considered all objections raised and does not find them to be a basis to reject the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (ECF No. 10) are ADOPTED;

2.      Plaintiff's motion for a temporary restraining order (ECF No. 7) is DENIED;

1

3.    Plaintiff's "Revised Ex Parte Motion for Temporary Restraining Order" (ECF No. 11) is DENIED; and

4.    This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **June 18, 2026**    _____

Dena Coggins
United States District Judge