UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIBULLAH AHMADZAI, | No.  2:25-cv-02625-DC-CSK (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| COUNTY OF SACRAMENTO, ET AL., | (ECF No. 6.) |
| Defendants. | |

On April 2, 2026, the magistrate judge filed findings and recommendations, recommending that Plaintiff's California Constitutional claims be dismissed without leave to amend, but that all other claims brought be dismissed with leave to amend. ECF No. 6. Those findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 6).  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

In addition, because the undersigned had not yet adopted the findings and recommendations at the time Plaintiff filed an amended complaint on April 6, 2026, (ECF No. 9), that filing was unauthorized and will be stricken.

1

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations (ECF No. 6) are ADOPTED;

2.     Plaintiff's California Constitutional claims are DISMISSED without leave to amend;

3.     Plaintiff's remaining claims against Defendants County of Sacramento, Sacramento County Sheriff, City and County of San Francisco, San Francisco County Sheriff, and Does 1-20 (42 U.S.C. § 1983, *Monell*, intentional infliction of emotional distress, and Bane Act claims) are DISMISSED with leave to amend;

4.     Plaintiff's negligence and intentional infliction of emotional distress claims brought on behalf of his minor children are DISMISSED with leave to amend;

5.     Plaintiff is provided 30 days from the date of entry of this order to file an amended complaint, titled "First Amended Complaint." If Plaintiff does not file an amended complaint, the case will proceed only on Plaintiff's negligence claim brought on his own behalf against all Defendants; and

6.     The Clerk of the Court is directed to STRIKE the unauthorized first amended complaint filed by Plaintiff on April 6, 2026 (Doc. No. 9); and

7.     This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   __**June 18, 2026**__                    _____

Dena Coggins
United States District Judge

2